THE STATE OF OHIO, APPELLEE, *v*. LAWRENCE, APPELLANT.

[Cite as *State v. Lawrence*, **121 Ohio St.3d 1224, 2009-Ohio-1112.**]

*Appeal dismissed as improvidently accepted.*

(No. 2008-0844 — Submitted February 17, 2009 — Decided March 18, 2009.)

APPEAL from the Court of Appeals for Butler County,

No. CA2007-01-017, 2008-Ohio-1354.

_____

**{¶ 1}** The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Robin N. Piper, Butler County Prosecuting Attorney, Michael A. Oster Jr., Chief, Appellate Division, and Gloria J. Sigman, Assistant Prosecuting Attorney, for appellee.

Repper, Pagan, Cook, Ltd., and John H. Forg III, for appellant.

_____